may agree on removal of any civil case, regardless of jurisdictional limitation based on the amount in controversy and without regard to the limitations of subrules (A) and (B), if removal will expedite trial and disposition of the action. An objecting party may seek review pursuant to subrule (D).

(G) Resolution of Disputes Between Courts. If the chief district judge believes that a circuit judge has abused the mediation rule as to the amount, and is unable to resolve the issue with the chief circuit judge, they shall contact the state court administrator, who shall review the situation independently. If the state court administrator finds that the circuit judge has abused the rule with regard to the amount, the state court administrator shall assign the judge who abused the rule to sit as a district judge to hear the case.

*Staff Comment:* The proposed changes have been suggested by the Michigan Judges Association. An earlier proposal containing somewhat different provisions was ordered published for comment on April 30, 1991. See 437 Mich 1254.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

---

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered, and your assistance is appreciated by the Court.

---

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the *Michigan Bar Journal.* When filing a comment, please refer to our file number 90-31.

*Leave to Appeal From Attorney Discipline Board Denied August 3, 1993:*

GRIEVANCE ADMINISTRATOR V OEHMKE, No. 95865.

*Rehearing Denied September 14, 1993:*

BECHTOLD V MORRIS, No. 94029. Reported *ante,* 105.

*Leave to Appeal From Attorney Discipline Board Denied September 20, 1993:*

GRIEVANCE ADMINISTRATOR V DAJOS, No. 96123.